Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−14070−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jesus Ortiz−Perez
   aka Jesus Ortiz Perez
   705 Midland Avenue
   Garfield, NJ 07026

Social Security No.:
   xxx−xx−8784

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 4/22/24 and a confirmation hearing on such Plan has been scheduled for 7/10/24.

The debtor filed a Modified Plan on 7/24/24 and a confirmation hearing on the Modified Plan is scheduled for 8/28/2024. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: July 25, 2024
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 24-14070-SLM
Jesus Ortiz-Perez  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2
Date Rcvd: Jul 25, 2024    Form ID: 186    Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jesus Ortiz-Perez, 705 Midland Avenue, Garfield, NJ 07026-2117 |
| 520232299 | + | Josue Arturo Bueso Melendez, 705 Midland Avenue, 2nd Floor, Garfield, NJ 07026-2117 |
| 520232300 | + | Leticia Real, 705 Midland Avenue, Garfield, NJ 07026-2117 |
| 520232302 | + | Solar Mosaic, 426 17th Street, Oakland, CA 94612-2820 |
| 520232306 | + | U.S. Bank Branch, 301 N Tucker Boulevard, Saint Louis, MO 63101-1948 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 25 2024 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 25 2024 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520232296 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 25 2024 20:32:00 | Bank of America, N.A., P.O. Box 15026, Wilmington, DE 19850-5026 |
| 520314866 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 25 2024 20:32:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520255619 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 25 2024 20:43:42 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520232297 | | Email/Text: BKPT@cfna.com | Jul 25 2024 20:32:00 | Credit First National Association, P.O. Box 81083, Cleveland, OH 44181 |
| 520299248 | + | Email/Text: BKRMailOps@weltman.com | Jul 25 2024 20:33:00 | Garry Masterson, c/o Weltman, Weinberg & Reis Co., LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 520232298 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 25 2024 20:33:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520232301 | + | Email/Text: BKMAIL@planethomelending.com | Jul 25 2024 20:33:00 | Planet Home Lending, 10 Research Pkwy, Wallingford, CT 06492-1963 |
| 520309392 | + | Email/Text: BKMAIL@planethomelending.com | Jul 25 2024 20:33:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 520299249 | + | Email/Text: BKRMailOps@weltman.com | Jul 25 2024 20:33:00 | SOLAR MOSAIC LLC, c/o Weltman, Weinberg & Reis Co., LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 520232303 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 25 2024 20:32:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 520232304 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2024 20:44:09 | Synchrony Bank/Lowes Credit Card, Po Box 981400, El Paso, TX 79998-1400 |

| | | | | |
|---|---|---|---|---|
| 520232305 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2024 20:54:59 | The Home Depot/Citibank North America, Po Box 9714, Gray, TN 37615-9714 |
| 520292062 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 25 2024 20:33:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 520232307 | | Email/Text: bankruptcy@visionsfcu.org | Jul 25 2024 20:32:00 | Visions Federal Credit Union, 24 Mckinley Av, Endicott, NY 13760 |
| 520232308 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 25 2024 20:54:52 | Wells Fargo Bank, N.A./Bob's Discount Furnitu, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 27, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Planet Home Lending LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jamal J Romero | on behalf of Debtor Jesus Ortiz-Perez jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Paul Evangelista | on behalf of Debtor Jesus Ortiz-Perez pevangelista@scura.com pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;dwoody@scura.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5