Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                          Case No.: 24−14070−SLM
                                          Chapter: 13
                                          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jesus Ortiz−Perez
   aka Jesus Ortiz Perez
   705 Midland Avenue
   Garfield, NJ 07026

Social Security No.:
   xxx−xx−8784

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:       9/17/24
Time:      02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Scura, Wigfield, Heyer, Stevens & Cammarota, LLP

COMMISSION OR FEES
$6,982.00

EXPENSES
$604.68

If this is a chapter 13 case, the fees and expenses awarded:

     ☑    will not reduce the amount to be paid to general unsecured
            creditors under the plan.

     ☐    will reduce the amount to be paid to general unsecured
            creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 28, 2024
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-14070-SLM |
| Jesus Ortiz-Perez | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 28, 2024 | Form ID: 137 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jesus Ortiz-Perez, 705 Midland Avenue, Garfield, NJ 07026-2117 |
| 520232299 | + | Josue Arturo Bueso Melendez, 705 Midland Avenue, 2nd Floor, Garfield, NJ 07026-2117 |
| 520232300 | + | Leticia Real, 705 Midland Avenue, Garfield, NJ 07026-2117 |
| 520232302 | + | Solar Mosaic, 426 17th Street, Oakland, CA 94612-2820 |
| 520232306 | + | U.S. Bank Branch, 301 N Tucker Boulevard, Saint Louis, MO 63101-1948 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 28 2024 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 28 2024 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520232296 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 28 2024 20:38:00 | Bank of America, N.A., P.O. Box 15026, Wilmington, DE 19850-5026 |
| 520314866 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 28 2024 20:38:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520255619 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 28 2024 20:47:36 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520232297 | | Email/Text: BKPT@cfna.com | Aug 28 2024 20:38:00 | Credit First National Association, P.O. Box 81083, Cleveland, OH 44181 |
| 520299248 | + | Email/Text: BKRMailOps@weltman.com | Aug 28 2024 20:39:00 | Garry Masterson, c/o Weltman, Weinberg & Reis Co., LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 520232298 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 28 2024 20:38:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520232301 | + | Email/Text: BKMAIL@planethomelending.com | Aug 28 2024 20:38:00 | Planet Home Lending, 10 Research Pkwy, Wallingford, CT 06492-1963 |
| 520309392 | + | Email/Text: BKMAIL@planethomelending.com | Aug 28 2024 20:38:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 520299249 | + | Email/Text: BKRMailOps@weltman.com | Aug 28 2024 20:39:00 | SOLAR MOSAIC LLC, c/o Weltman, Weinberg & Reis Co., LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 520232303 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 28 2024 20:38:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 520232304 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2024 20:59:07 | Synchrony Bank/Lowes Credit Card, Po Box 981400, El Paso, TX 79998-1400 |

| | | | | |
|---|---|---|---|---|
| 520232305 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2024 20:47:25 | The Home Depot/Citibank North America, Po Box 9714, Gray, TN 37615-9714 |
| 520292062 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 28 2024 20:39:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 520232307 | | Email/Text: bankruptcy@visionsfcu.org | Aug 28 2024 20:38:00 | Visions Federal Credit Union, 24 Mckinley Av, Endicott, NY 13760 |
| 520232308 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 28 2024 20:46:52 | Wells Fargo Bank, N.A./Bob's Discount Furnitu, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2024 at the address(es) listed below:

**Name**      **Email Address**

David L. Stevens
     on behalf of Debtor Jesus Ortiz-Perez dstevens@scura.com
     dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;wjames@scura

Denise E. Carlon
     on behalf of Creditor Planet Home Lending  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jamal J Romero
     on behalf of Debtor Jesus Ortiz-Perez jromero@scura.com
     dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com

Marie-Ann Greenberg
     magecf@magtrustee.com

Paul Evangelista
     on behalf of Debtor Jesus Ortiz-Perez pevangelista@scura.com
     pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;dwoody@scura.com

U.S. Trustee
     USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6