| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Scura, Wigfield, Heyer,<br>Stevens & Cammarota, LLP<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>Tel.: (973) 696-8391<br>Attorneys for Debtor<br>David L. Stevens, Esq.<br>dstevens@scura.com | Order Filed on September 17, 2024<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Jesus Ortiz-Perez,<br><br>                                              Debtor | Case No.:  24-14070<br><br>Chapter:   13<br><br>Judge:     SLM |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 17, 2024**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $ __6,982.00__ for services rendered and expenses in the amount of $ __604.68__ for a total of $ __7,586.68__ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $__N/A__ per month for __N/A__ months to allow for payment of the above fee.

\* The amount to be paid through the Chapter 13 Plan is $5,086.68 ($7,586.68 less $2,500.00 retainer paid)\*

*rev.8/1/15*