SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ 07470

Re: JESUS ORTIZ-PEREZ
705 MIDLAND AVENUE
GARFIELD, NJ 07026

Atty: SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ 07470

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
#### Chapter 13 Case # 24-14070

NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $15,000.00

### RECEIPTS AS OF 01/01/2025 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/14/2024 | $250.00 | | 07/02/2024 | $250.00 | |
| 08/01/2024 | $250.00 | | 09/03/2024 | $250.00 | |
| 10/02/2024 | $250.00 | | 11/01/2024 | $250.00 | |
| 12/03/2024 | $250.00 | | | | |

**Total Receipts: $1,750.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $1,750.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025 (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 117.50 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 5,086.68 | 100.00% | 1,882.50 | 3,204.18 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | UNSECURED | 14,521.40 | * | 0.00 | |
| 0002 | CREDIT FIRST NATIONAL ASSOCIATION | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | UNITED STATES TREASURY/IRS | UNSECURED | 220.32 | * | 0.00 | |
| 0006 | PLANET HOME LENDING | (NEW) Prepetition | 812.12 | 100.00% | 0.00 | |
| 0007 | SOLAR MOSAIC LLC | UNSECURED | 58,199.58 | * | 0.00 | |
| 0008 | STATE OF NEW JERSEY, DIVISION OF TAX | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0009 | SYNCHRONY BANK/LOWES CREDIT CAR | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | THE HOME DEPOT/CITIBANK NORTH AM | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | US BANK NATIONAL ASSOCIATION | UNSECURED | 2,198.63 | * | 0.00 | |
| 0013 | VISIONS FEDERAL CREDIT UNION | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | WELLS FARGO BANK, N.A./BOB'S DISCOU | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | SOLAR MOSAIC LLC | UNSECURED | 48,023.91 | * | 0.00 | |
| 0017 | UNITED STATES TREASURY/IRS | PRIORITY | 3,677.12 | 100.00% | 0.00 | |
| 0018 | CAPITAL ONE NA | UNSECURED | 177.34 | * | 0.00 | |

**Chapter 13 Case # 24-14070**

**Total Paid:  $2,000.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $1,750.00          -     Paid to Claims: $0.00          -     Admin Costs Paid: $2,000.00     =     Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.